IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY J. CATERBONE, PRO SE, and ADVANCED MEDIA GROUP, | : : : | |
| Petitioner, | : : | CIVIL ACTION NO. 17-4000 |
| v. | : : | |
| UNITED STATES PRESIDENT DONALD TRUMP, et al., | : : : | |
| Respondents. | : | |

# ORDER

**AND NOW**, this 4th day of October, 2017, after considering the purported petition for a writ of habeas corpus and an application to proceed *in forma pauperis* filed by the *pro se* petitioner, Stanley J. Caterbone, on August 28, 2017 (Doc. Nos. 1, 1-1); and after considering the various exhibits and documents the petitioner submitted in support of the petition (Doc. Nos. 2, 3, 4); and after considering the request for a hearing (Doc. No. 5); and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application to proceed *in forma pauperis* (Doc. No. 1-1) is **GRANTED** and the petitioner has leave to proceed *in forma pauperis*;

2. The petition for a writ of habeas corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** without a hearing;

3. The petitioner's request for a hearing (Doc. No. 5) is **DENIED**;

4. There is no cause to issue a certificate of appealability insofar as the petitioner has not made a substantial showing of the denial of a constitutional right; and

5. The clerk of court shall **CLOSE** this case.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.